Andrew Schwartz (State Bar No. 100210)
Frank Sommers (State Bar No. 109012)
**SOMMERS & SCHWARTZ LLP**
550 California Street
Sacramento Tower, Suite 700
San Francisco, CA. 94104
Telephone: (415) 955-0925
Facsimile: (415) 955-0927

Attorneys for Plaintiff
California Estate Ostera, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA ESTATE OSETRA, INC., a California corporation, suing both individually and derivatively on behalf of Tsar Nicoulai Caviar, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>RH CAPITAL LLC, an Oklahoma Limited Liability Company and ROBERT MAY,<br><br>Defendants. | Case No. C 06 5519 JSW<br><br>C 06 - 05519 JSW<br><br>~~PROPOSED~~ STIPULATION AND ORDER RE: LIMITED CONSENSUAL STAY OF PROCEEDINGS<br><br>Judge: Hon. Jeffrey S. White |

WHEREAS, Plaintiff brought this action in U.S. District Court for the Northern District of California for monetary and injunctive relief against defendants, seeking in part to be provided the opportunity to bid on the sale of the company in which Plaintiff and Defendants hold an interest – Tsar Nicoulai Caviar LLC;

WHEREAS, Defendants RH Capital LLC, Tsar Nicoulai Caviar LLC and Kanbar Spirits, Inc. have also brought an action against Plaintiff herein and shareholders of Plaintiffs, Mats and Daphne Engstrom, in connection with the operation of Tsar Nicoulai Caviar LLC, in the State of Oklahoma

1
~~PROPOSED~~ STIPULATION AND ORDER RE: LIMITED CONSENSUAL STAY OF PROCEEDINGS

District Court for Oklahoma County; and

WHEREAS, the parties to these law suits are engaged in efforts to settle their disputes by, inter alia, seeking to stay both law suits at this time to allow negotiations to proceeding unimpaired by litigation activity.

WHEREFORE, the parties, through their counsel, stipulate and agree that:

1. This law suit be stayed until 15 days following notice from either Plaintiffs or Defendants – through their counsel – that it should again proceed;

2. That Defendants' outstanding motion to dismiss shall be taken off calendar, provided that it may be renoticed by Defendants' counsel through notice to Plaintiff's counsel for a hearing date following the 15 day notice period set forth in paragraph 1 herein;

3. That Plaintiffs and Defendants be required to meet and confer and provide the Court with a Joint Status Report within 120 days from the date that this Stipulation is signed as an Order by this Court.

4  That in the interim, all normally required activity under Rule 26 shall be stayed until and unless the present stay is lifted through the above-described notice of counsel or by Order of this Court.

DATED: October 4, 2006                    SOMMERS & SCHWARTZ LLP

                                          _____
                                          Andrew Schwartz, Attorneys for
                                          Plaintiff California Estate Osetra, Inc.

DATED: October 4, 2005                    Phillips, Erlewine & Given LLP

                                          _____
                                          David Givens, Attorneys for Defendants
                                          RH Capital LLC and Robert May

2

PROPOSED STIPULATION AND ORDER RE: LIMITED CONSENSUAL STAY OF PROCEEDINGS

**SO ORDERED**:

DATED: October 6, 2006

Honorable Jeffrey White

*/s/ Jeffrey S. White*
United States District Court Judge

PROPOSED STIPULATION AND ORDER RE: LIMITED CONSENSUAL STAY OF PROCEEDINGS