IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA ESTATE OSETRA, INC.,

    Plaintiff,

    v.

RH CAPITAL LLC, et al.

    Defendants.

                                                /

No. C 06-05519 JSW

**ORDER REQUIRING JOINT STATUS REPORTS**

On October 6, 2006, this Court entered an Order granting the parties' stipulation for a limited consensual stay of the proceedings. Pursuant to that Order, the parties were to submit a joint status report to the Court within 120 days after the stipulation was signed as an Order of the Court. The parties' Joint Status Report is now overdue.

Accordingly, the parties shall submit a joint status report to the Court by no later than **April 20, 2007**, apprising the Court of the status of their settlement efforts and this action. The parties shall thereafter submit joint status reports to the Court every sixty (60) days until the stay is lifted or the matter dismissed.

**IT IS SO ORDERED.**

Dated: April 4, 2007

                                                        JEFFREY S. WHITE
                                                        UNITED STATES DISTRICT JUDGE