IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA ESTATE OSETRA, INC.,

    Plaintiff,

  v.

RH CAPITAL LLC, et al.

    Defendants.

No. C 06-05519 JSW

**ORDER CONTINUING STAY AND REQUIRING FURTHER STATUS REPORTS**

On October 6, 2006, this Court entered an Order granting the parties' stipulation for a limited consensual stay of the proceedings. Pursuant to that Order, the parties were to submit a joint status report to the Court within 120 days after the stipulation was signed as an Order of the Court. On April 4, 2007, the Court ordered the parties to submit a joint status report which was then overdue. The parties' report was due to be filed no later than April 20, 2007. The order also required that the parties shall thereafter submit joint status reports to the Court every sixty (60) days until the stay is lifted or the matter dismissed.

On April 23, 2007, the Court received the parties' late-filed Joint Status Report. The status report indicated that the parties continue to discuss settlement and request a continuance of the temporary stay. This request is GRANTED. The parties also request that the Court set a date for further joint status report submissions. The Court DENIES this request as moot. The parties have been ordered to submit joint status reports every sixty days by prior order dated April 4, 2007.

The parties shall submit such joint status reports every sixty days and the parties are admonished to file the reports timely.

**IT IS SO ORDERED.**

Dated: April 23, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE