IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA ESTATE OSTERA, INC.,

    Plaintiff,

    v.

RH CAPITAL LLC,

    Defendant.

No. C 06-05519 JSW

**ORDER OF DISMISSAL**

On August 29, 2007, this Court issued an Order to show cause whey the stay should not be lifted and the motion to dismiss fully briefed and decided and why both parties should not be sanctioned for failure to comply with this Court's order requiring the timely submission of joint status reports. In response, the Court received various explanations for the parties' tardiness as well as Plaintiff's filing of a notice voluntary dismissal. Counsel are admonished that further failure to follow this Court's orders shall result in automatic sanctions. However, because the matter is resolved and counsel have explained the delay, sanctions will not be imposed at this time.

The voluntary dismissal filed by Plaintiffs terminates this matter.

**IT IS SO ORDERED.**

Dated: August 31, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE